UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19-CR-241-RJA-MJR |
| v. | REPORT AND RECOMMENDATION |
| SUNNY PARK, | |
| Defendant. | |

_____

By Order of the Honorable Richard J. Arcara dated May 13, 2020, the above case was referred to me, to hear and thereafter file a report and recommendation for disposition pursuant to Section 636(b)(1)(B) of Title 28 of the United States Code, including to take the defendant's plea of guilty and to conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure. On March 13, 2020, the defendant consented to the entry of a guilty plea before a United States Magistrate Judge. The following is my Report and Recommendation to the defendant's plea of guilty.

On May 18, 2020, the defendant entered a plea of guilty in this case. In accordance with my oral Report and Recommendation at the close of the plea proceeding, it is my Report and Recommendation that the defendant's plea of guilty accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure and that your Honor adjudicate the defendant guilty of the offense to which the guilty plea was offered.

**SO ORDERED.**

DATED:   May 18, 2020
         Buffalo, New York

*/s/ Michael J. Roemer*
HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge