UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

SUNNY PARK
a/k/a Sun Hee Park,

                                    Defendant.

**DECISION AND ORDER**
19-CR-241-A

        This case was referred to Magistrate Judge Michael J. Roemer  pursuant to

28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings.  On May 18, 2020,

defendant Sunny Park appeared before Magistrate Judge Roemer and entered a

plea of guilty to Count 1 of the Superseding Indictment which charges her with re-

entry of a removed alien subsequent to a conviction for the commission of an

aggravated felony in violation of 8 U.S.C. § 1326(a) and § 1326(b)(2).

        Magistrate Judge Roemer issued a Report and Recommendation (Dkt. No.

35) confirming his oral findings that defendant's plea of guilty was knowing,

voluntary, and supported by a factual basis.  It is hereby

        **ORDERED** that, upon review of the transcript of the May 18, 2020, change-of-

plea proceeding before the Magistrate Judge, and the Report and Recommendation,

the Court finds that defendant Park's plea of guilty was knowing, voluntary, and has

a factual basis.  Accordingly, defendant Park's plea of guilty is accepted based upon

the oral findings of the Magistrate Judge as confirmed in the written Report and

Recommendation.  Dkt. No. 35.  The parties are directed to the Court's forthcoming

Text Order setting a date for sentencing and the submission of sentencing

documents.

**IT IS SO ORDERED.**

                                    *s/Richard J. Arcara*
                              HONORABLE RICHARD J. ARCARA
                              UNITED STATES DISTRICT COURT

Dated: June 3, 2020